IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT W. PLITT,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____/ | 1:07-cv-01879 WMW (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #21)<br><br>(30) THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 26, 2008, petitioner filed a motion to extend time to file Opposition to Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file Opposition to Motion to Dismiss.

IT IS SO ORDERED.

**Dated:    October 2, 2008**            /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE